IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY BONILLA,<br><br>Defendant. | Case No.: 1:18-CR-00207-011 DAD<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on October 29, 2020, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. This Order in no way addresses any potential or existing Immigration or Deportation issues.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __October 29, 2020__  _____
UNITED STATES DISTRICT JUDGE